**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TRACIE D. MYERS**                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:15-cv-099-KGB**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security Administration,**                            **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is considered, ordered, and adjudged that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is affirmed. Judgment is entered in favor of the Commissioner.

It is so ordered this the 2nd day of March, 2016.

_____
Kristine G. Baker
United States District Judge